# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>WALID KHATER<br><br>Defendant. | Criminal Action No.: 06-687 (JLL) 01<br><br>**ORDER** |

The Court has received and reviewed Defendant, Walid Khater's request for early termination of his period of supervised release dated April 27, 2009.  After consideration of Defendant's request and Matthew C. Kurzawa's of the United States Probation Office communication to this Court in opposition to same of July 6, 2009,  it is hereby ordered that Defendant, WALID KHATER'S request is DENIED.

Dated:   July 13, 2009

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE