**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WALID KHATER,<br><br>　　　　　　Defendant. | Crim. No.: 06-687 (JLL)<br><br><br><br><br><br>**ORDER** |

This matter comes before the Court by way of Defendant's application for pro bono counsel pursuant to 28 U.S.C. § 1915(e)(1) [CM/ECF Docket Entry No. 33], and it appearing that:

1. The form application submitted by the Defendant is intended for use in civil, not criminal matters.

2. In any event, pursuant to the Criminal Justice Act, a court-appointed attorney was provided to the Defendant in July of 2005. See CM/ECF Docket Entry No. 10.

3. On September 4, 2006, with the assistance of counsel, Defendant pled guilty to the offense of bank fraud, 18 U.S.C. § 1344.

4. Defendant now seeks pro bono counsel so as to request early termination of his supervised release. See CM/ECF Docket Entry No. 33 at 3.

5. By way of Order dated July 13, 2009, Defendant's request for such early termination of his supervised release was denied.

Accordingly, **IT IS** on this **9th day of October, 2009,**

**ORDERED** that Defendant's application for pro bono counsel pursuant to 28 U.S.C. § 1915(e)(1) is **denied as moot**.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ José L. Linares
　　　　　　　　　　　　　　　　　　　　　　　　　　　　José L. Linares
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge