# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Walid Khater                                    Cr.:06-00687-001

Name of Sentencing Judicial Officer:  Honorable Jose L. Linares
                                      United States District Judge

Date of Original Sentence: 12/04/06

Original Offense:   Bank Fraud

Original Sentence:  Imprisonment - 26 months; Supervised Release - 4 years; Special Assessment - $100;
                    Restitution - $1,004

Current Custodial Status: In custody at Fayette County Jail - Lexington, Kentucky

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/06/08
                                                 Date Supervision Expires:   02/05/12

Assistant U.S. Attorney: Karl Buch               Defense Attorney: Michael Pedicini, Esq.

### PETITIONING THE COURT

[ X ]  To issue a warrant
[   ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1.          The offender has violated the supervision condition which states, '**You shall not commit another federal, state, or local crime.**'

            According to police reports, the offender was arrested on May 15, 2010, by University of Kentucky police for assault. Police were dispatched to University of Kentucky Hospital and were informed by hospital security of physical violence between the offender and his ex-girlfriend. According to the victim, during a verbal dispute at the hospital, the offender punched, slapped, grabbed and kicked her. Officers at the scene noticed swelling around the left side of the victim's face. The offender was arrested and charged with assault and transported to police headquarters.

2.          The offender has violated the supervision conditions which states, '**You shall not leave the judicial district without the permission of the court or probation officer.**'

            On or about May 14, 2010, the offender left his residence in Paterson, New Jersey, and traveled to Lexington, Kentucky, as is evidenced by his arrest at the University of Kentucky Hospital on May 15, 2010. The undersigned had not authorized the offender's travel to Kentucky, and the offender never discussed a proposed trip to Kentucky prior to his arrest.

3.  The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**

    The offender failed to notify the undersigned of his arrest on May 15, 2010, by University of Kentucky police officers. Furthermore, According to police reports, the offender was questioned about his alleged involvement in the identity theft by officials with the Pulaski County Sheriff's Department on March 15, 2010. The offender failed to notify the undersigned of his questioning by law enforcement officers.

4.  The offender has violated the supervision condition which states, **'You shall not commit another federal, state, or local crime.'**

    According to police reports from the Pulaski County Sheriff's Department in Somerset, Kentucky, on various dates between January 14, 2010 and March 7, 2010, the offender engaged in identity theft. Specifically, the offender is alleged to have engaged in identity theft and theft by deception, whereby he fraudulently obtained a credit card using another individual's name and made numerous purchases at retail establishments totaling $3,035.

I declare under penalty of perjury that the foregoing is true and correct.

By: Matthew C. Kurzawa
Senior U.S. Probation Officer

Date: 05/24/10

---

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

5-25-2010
Date